Case 4:14-cr-00078-O Document 888 Filed 09/29/14 Page 1 of 2 PageID 2511

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 29 2014

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

CAUSE NO: 4:14-CR-078-O

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | IN THE UNITED STATES DISTRICT |
| | § | |
| VS. | § | COURT FOR THE NORTHERN |
| | § | |
| RUBEN MARTINEZ FLORES (05) | § | DISTRICT OF TEXAS |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS § | |
| § | KNOW ALL MEN BY THESE PRESENTS |
| COUNTY OF TARRANT § | |

That the undersigned person does hereby make the following Affidavit in the matter of The United States of America vs. Ruben Flores, who is charged with Conspiracy to Possess a Controlled Substance with intent to Distribute (Methamphetamine).

"My name is Jimmy Hollaway and I am 18 years of age or older. I wish to explain to the court that I asked Ruben Flores to hold a gun that was at my office (did not belong to me) on the day before he was arrested in April, 2014. "I am not making this Affidavit to frustrate the ends of justice, nor have I been offered any benefit to testify falsely, to withhold testimony, to elude legal process or absent myself from any official legal proceedings.

"I am making this Affidavit voluntarily, of my own free will, free of any duress or coercion

**WITNESS MY HAND** this _____ day of _____, 2014

9-22-14

NAME: Jimmy Hollaway
214-4989-6755

AFFIDAVIT                                Page 1

## ACKNOWLEDGMENT

**STATE OF TEXAS** §
§
**COUNTY OF TARRANT** §

BEFORE ME, the undersigned authority, on this day personally appeared Jimmy Holloway, known to me to be the person whose name is subscribed to the above and foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 22 day of September, 2014.



Notary Public in and for the State of Texas

AFFIDAVIT - Page 2